# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Timothy Bushong, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:23-cv-00232-JRS-MJD |
| Nationwide Recovery Service, Inc., a Tennessee corporation, | ) ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

The parties, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of Plaintiff's claims against the Defendant, hereby stipulate to the dismissal of Plaintiff's claims with prejudice., each party to bear their own attorneys' fees and costs.

Dated: June 20, 2023

One of Plaintiff's Attorneys

s/ David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60457

One on Defendant's Attorneys

s/ William E. Smith, III (w/permission)
William E. Smith, III
Kightlinger & Gray, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, Indiana 47150

The foregoing stipulation is hereby approved and Plaintiff's claims are hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 6/21/2023

ENTERED:

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana